# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | LARRY E & JOHNETTE E SMITH | | |
| **Case Number:** | 2:09-BK-21133-RTB | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 07, 2010 01:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LORRAINE DAVIS | | |
| **Reporter / ECR:** | ANNETTE AGUILAR | | |

## Matter:

ADV: 2-10-00988

**U.S. TRUSTEE & EDWARD J. MANEY vs NASSER U. ABUJBARAH**

RULE 16 SCHEDULING CONFERENCE

R / M #:   5 / 0

## Appearances:

EDWARD MANEY, TRUSTEE
JAMES J. BELANGER, ATTORNEY FOR NASSER U. ABUJBARAH

## Proceedings:

Mr. Belanger reviews the current posture of this matter. An agreement has been entered to cut off discovery at the end of February. There have been very productive settlement discussions amongst the parties and he inquires whether the court would entertain conducting a settlement conference. The court discusses the issues with counsel.

Mr. Maney agrees with counsel and suggests a 2/28/11 discovery cutoff date with the joint pretrial statement to be filed by 3/21/11.

COURT:  IT IS ORDERED setting a pretrial conference for 4/19/11 @ 9:00 a.m. The parties are directed to file a joint pretrial statement no later than 4/12/11. The discovery cutoff is 2/28/11.

The court notes he is willing to conduct a settlement conference as long as there is agreement amongst everyone, including the parties, and that everyone understands if the matter does not settle, he will still be the trial judge.

Case 2:10-ap-00988-RTB    Doc 13    Filed 12/07/10    Entered 12/08/10 08:15:51    Desc
Main Document      Page 1 of 1